UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD SURABIAN, et al.,

                Appellants,

                                          13 civ 935 (JGK

  -against-

                                          **MOTION EXTEND TIME and**
IRVING H. PICARD,                          **STAY PROCEEDINGS and FILE**
                Appellee,                     **PAPER DOCUMENTS**
-----------------------------------------------------------------X
JOHN G. KOELTL, DISTRICT JUDGE:

**NOW** comes the AppellantsRichard Surabian, Steven Surabian and Martin M. Surabian (deceased) (collectively, the "Surabians") Motion Extend Time and Stay Proceedings and File Paper Documents for the following:

1. The Surabians are proceeding Pro se.

2. The Surabians only on April 8, 2013 received the Courts Order that the Appellant shall serve and file brief with any supporting papers by **March 16, 2013**.

3. The Surabians do not receive documents Electronically.

4. On April 8, 2013 the Surabians received Appearance of Counsel dated April 5, 2013 of David J. Sheehan and Seanna R. Brown for Irving H. Picard, Trustee.

5. The Surabians have pending in the Bankruptcy Court to Vacate an Expungement Order which Expunged the Surabians Claims because the Surabians never received the Motion which named the Surabians as non customers.

6. The Surabians also have pending Motions to File Late Appeal and Late Appeal and Late Objections to the Expungement Motion and Order, if the Motion to Vacate the Expungement Order, expunging the Surabians claims.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/15/13

RECEIVED
APR 15 2013
PRO SE OFFICE

7. The Trustee and the Surabians agreed in late January 2013 to stay proceeding till the Motion to Vacate was heard and resolved.

8. The Surabians at the hearing to Remove Irving H. Picard as Trustee were not aware that the Expungement Order included the Surabians, since the Surabian had not received the Motion and the Order did not refer to the Surabians and no one would know it referred to the Surabians unless you had a copy of the Motion with the attached exhibit naming the Surabians.

**WHEREFORE**, these Motions should be Granted.

Signed under the pain and penalties of perjury that the above is true and accurate to the best of our knowledge.

| _____ | _____ | _____ |
|---|---|---|
| Steven Surabian Pro se | Richard Surabian Pro se | Martin M. Surabian (deceased) |
| 1230 Rt. 28 | P.O. Box 397 | P.O. Box 397 |
| S. Yarmouth, MA 02664 | W. Hyannisport, MA 02672 | W. Hyannisport, MA 02672 |
| (508) 688-4613 | (508) 579-9834 | |

### CERTIFICATE OF SERVICE

I certify that on April 9, 2013 a true copy of the above Motions were served by 1st class US Mail postage prepaid on David J. Sheehan and Seanna R. Brown 45 Rockefeller Plaza 14th Floor New York, NY 10111.

_____
Steven Surabian

