```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/4/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD SURABIAN ET AL.,

                Appellants,        13 Civ. 0935 (JGK)

    - against -              ORDER

IRVING H. PICARD,

                Appellee.

---

JOHN G. KOELTL, District Judge:

    The time for appellants Steven Surabian and Richard Surabian to submit their opening brief is extended to **September 20, 2013**. The appellants have now had ample time to prepare their opening brief. The appellee's brief is now due on **October 16, 2013**. Appellee may file one brief addressing all issues raised by the appellants.

SO ORDERED.

Dated:    New York, New York
           September 3, 2013

                                            John G. Koeltl
                                    United States District Judge